IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03113-DME-BNB

CAROL STERLING,

Plaintiff,

v.

AMERICAN CREDIT & COLLECTIONS, LLC,

Defendant.

_____

# ORDER
_____

This matter arises sua sponte.

The case is set for a scheduling and settlement conference to occur tomorrow at 10:30 a.m. This afternoon, the plaintiff filed an Application for Entry of Default [Doc. # 8] (the "Application"). The Application recites that the defendant has not appeared or responded to the Complaint. Consequently, it would be futile to hold a scheduling and settlement conference.

IT IS ORDERED that the scheduling and settlement conference set for March 13, 2012, at 10:30 a.m., is VACATED.

Dated March 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge