# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DAVID M. EBEL

Courtroom Deputy: Bernique Abiakam      Date:  July 31, 2012
FTR - DME Courtroom C202

**Civil Action No.:  11-cv-03113-DME**

*Parties:*                                                          *Counsel:*

CAROL STERLING,                                      Tracey Nelson Tiedman

    Plaintiff,

v.

AMERICAN CREDIT & COLLECTIONS,          No appearance
LLC,

    Defendant.

## COURTROOM MINUTES

**HEARING: Motions Hearing**

**10:32  a.m.    Court in session.**

Court calls case.  Appearance of Plaintiff's counsel and client.  No appearance by Defendant's counsel.

Preliminary remarks by the Court.

Plaintiff called and sworn.

10:34 a.m.     Direct examination begins by Ms. Tiedman.

**Plaintiff's exhibit 1 offered and admitted.**

10:37 a.m.     Continued direct examination.

**Plaintiff's exhibit 2 offered and admitted.**

*11-cv-03113-DME*
*Evidentiary Hearing*
*July 31, 2012*

**10:42 a.m.   Continued direct examination.**

**Plaintiff's exhibit 3 offered and admitted**

10:48 a.m.   Continued direct examination.

**Plaintiff's exhibit 4 offered and admitted.**

10:50 a.m.   Continued direct examination.

10:54 a.m.   Plaintiff excused.

10:55 a.m.   Closing argument by Ms. Tiedman.

Comments and rulings by the Court.

**ORDERED:   Application For Entry of Default (Filed 3/12/12; Doc. No. 8) is taken UNDER ADVISEMENT.**

**ORDERED:   Motion For Default Judgment (Filed 3/26/12; Doc. No. 11) is taken UNDER ADVISEMENT.**

**11:08  a.m.   Court in recess.**
Hearing Concluded.
Total in-court time: 36 minutes.